W. Michael Fisher, Roerig, Oliveira & Fisher, Brownsville, TX, Robert L. Soza, Jr., Mark Fassold, Jenkens & Gilchrist, San Antonio, TX, for Defendant–Appellee.

Vincent A. Notzon, Paul A. Fleck, Martin, Drought & Torres, San Antonio, TX, for Amicus Curiae.

Before JOLLY, DUHÉ and STEWART, Circuit Judges.

PER CURIAM:*

We have reviewed the record, studied the briefs, and heard oral argument in this case. It is clear to us that the district court committed no error and we affirm its judgment for the reasons given in its able opinion.

AFFIRMED.

### UNITED STATES of America, Plaintiff—Appellee,

v.

### Rigoberto TOSCANO, also known as Rigo, Defendant—Appellant.

#### No. 01–51274
#### Summary Calendar.

United States Court of Appeals, Fifth Circuit.

March 10, 2004.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Joseph H Gay, Jr, Assistant US Attorney, US Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Rigoberto Toscano, Forrest City, AR, pro se.

Before REYNALDO G. GARZA, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM.[1]

Roberto Toscano challenges the factual basis for his guilty plea to one count of conspiracy to distribute in excess of 1,000 kilograms of marijuana. There is, however, no nonfrivolous issue for appeal with respect to Toscano's conviction because as part of his written plea agreement, Toscano validly waived his right to directly appeal his sentence. *See United States v. Portillo,* 18 F.3d 290, 292 (5th Cir.1994). Accordingly, the appeal is dismissed.

### Tamara HAVARD, Individually and as mother and next friend of Christopher Temple, a minor, Plaintiff–Appellant,

v.

### Kevin MALONE, DPS Trooper; et al., Defendants,

Kevin Malone, DPS Trooper; William Wade, Constable of Angeline County Precinct # 4; Texas Angelina County, Defendants–Appellees.

No. 03–41095.

United States Court of Appeals, Fifth Circuit.

March 10, 2004.

Curtis B. Stuckey, Stuckey, Garrigan & Castetter, Nacogdoches, TX, for Plaintiff–Appellant.

Karen Denise Matlock, Assistant Attorney General, Office of the Attorney General for the State of Texas, Austin, TX, Sherry L. Travers, Ryan Edward Griffitts, Thompson, Coe, Cousins & Irons, Dallas, TX, Douglas Julian McCarver, Nacogdoches, TX, for Defendants–Appellees.

Before REAVLEY, DAVIS and DEMOSS, Circuit Judges.

PER CURIAM:*

For essentially the reasons stated by the district court in its thorough Memorandum Opinions of July 18, 2003, we affirm the district court's judgment.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.